IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| AMERICAN COMMERCIAL BARGE LINE, LLC | PLAINTIFF/ COUNTER-DEFENDANT |
| v. | No. 3:16-cv-13-DPM |
| KINDER MORGAN BULK TERMINALS, INC.; KINDER MORGAN MARINE SERVICES, LLC; KINDER MORGAN OPERATING LP, "C"; KINDER MORGAN RIVER TERMINALS, LLC; and KINDER MORGAN TRANSMIX COMPANY, LLC | DEFENDANTS |
| KINDER MORGAN BULK TERMINALS, INC. | COUNTER-CLAIMANT |
| CEMTECH MATERIALS CORPORATION | INTERVENOR |

## JUDGMENT

The case is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 April 2017